# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1434

_____

Sid Brown, Jr.,

          Appellant,

v.

John Page,

          Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Missouri.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: June 27, 2007
Filed: July 9, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

     Sid Brown, Jr. (Brown), a Missouri inmate, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs while he was a pretrial detainee. After de novo review, see Beck v. Skon, 253 F.3d 330, 332-33 (8th Cir. 2001) (standard of review), we conclude that the grant of summary judgment was proper for the reasons stated by the district court. Brown's argument that his appointed counsel below provided ineffective assistance is not a basis for reversal. See Glick v. Henderson, 855 F.2d

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

536, 541 (8th Cir. 1988) (stating the remedy for ineffective assistance of appointed counsel in civil action is legal malpractice suit).  Thus, we affirm.  <u>See</u> 8th Cir. R. 47B.  In addition, Brown's pending motion for appointment of appellate counsel is denied.

_____